# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIMOTHY R. BILLIOT

NO. 2020 KW 1168

**FEB 1 8 2021**

---

In Re:     Timothy R. Billiot, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 17-201088.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** A review of the **Boykin** transcript and guilty plea form shows that there is no factual support for relator's claims. Therefore, the district court did not err by denying the application for postconviction relief or by not holding an evidentiary hearing. <u>See</u> La. Code Crim. P. arts. 929(A) & 930.2.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

a.s~ߚ
_____
DEPUTY CLERK OF COURT
     FOR THE COURT